AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF

UNITED STATES OF AMERICA

**V.**

JESSICA BUDD

**WARRANT FOR ARREST**

**05** CR **10024** DPW

CASE NUMBER:

To: The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

JESSICA BUDD
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
wire fraud, to wit, transmitting and causing to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing a scheme and artifice to defraud; and mail fraud, to wit, causing persons to place in post offices and authorized depositories for mail matter, matters and things to be sent and delivered by the United States Postal Service or by private or commercial carrier for the purpose of executing and attempting to execute a scheme or artifice to defraud.

in violation of
Title 18. United States Code, Section(s)  1343, 1341

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

2-3-05  Boston
Date and Location

Bail fixed at $ _____         by _____
                                                        Name of Judicial Officer

| RETURN | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | WARRANT EXECUTED BY NAME AND TITLE OF ARRESTING OFFICER  ARREST/ARRAIGNMENT OF THE DEFENDANT ON  *FBI* | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.