UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | NO.  05-10024-DPW |
| ) | |
| JESSICA BUDD ) | |
| ) | |

### MOTION TO CHANGE CONDITIONS OF RELEASE

Now comes Defendant Jessica Budd and moves this Honorable Court to authorize her to travel to Florida from September 26 to September 28, 2005, for the purpose of accompanying her husband (and co-defendant) Charles Martin to a court hearing in Orlando.

In further support of this motion, Defendant states:

1. The Defendant's husband, Charles, has been directed to appear in Orlando, Florida, on September 26, 2005, for a hearing to resolve an outstanding case;

2. The Defendant would like to accompany her husband to this court hearing to lend support to him;

3. U.S. Attorney's Office has no opposition to this request so long as Pretrial Services approves of it.

Wherefore, Defendant Jessica Budd prays that this motion be allowed and that she be permitted to travel to Florida from September 26-28, 2005.

                                      DEFENDANT
                                      By her attorney

                                      <u>/s/John F. Palmer</u>
                                      John F. Palmer
                                      Law Office of John F. Palmer
                                      24 School Street, 8th Floor
                                      Boston, MA 02108
                                      (617)723-7010
                                      BBO# 387980

Dated: September 19, 2005