UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES   )          CRIMINAL NO. CR-05-10024 (DPW)
                )
V.              )
                )
CHARLES MARTIN  )
```

### ASSENTED TO MOTION TO CONTINUE RULE 11 HEARING

Now comes the Defendant in the above-referenced matter and respectfully requests that this court reschedule to a later date the Rule 11 hearing for both defendants currently scheduled for Friday, October 6, 2005.

In support thereof, counsel for Charles Martin asserts that more time is needed to determine the actual value of the alleged fraud in that the number of items alleged to be stolen and placed on EBay for sale, as well as the value of these items, have been difficult to determine.

Counsel further states that the currently scheduled Rule 11 hearing date of October 6, 2005 is the first time this matter has been scheduled for a change of plea. That date was scheduled after only one status conference before the Court. Additionally, neither Defendant is in custody at this time. Lastly, counsel for the United States and counsel for co-defendant Jessica Budd assent to this matter being continued.

   Kindly reschedule both the defendant's hearings to Tuesday, November 15, 2005 at 3:30 p.m., a date and time convenient with counsel and the Court's calendar.

                                    Respectfully submitted,
                                    By the Attorney,

                                    s/ James J. Coviello
                                    James J. Coviello
                                    303 Main Street
                                    Charlestown, MA  02151
                                    Tel: (617)242-6832
                                    Fax: (617) 241-0911
                                    BBO No. 550949


Assented to:                        Assented to:
By the Attorney                     Michael J. Sullivan
for Jessica Budd                    United States Attorney
s/ John F. Palmer                    s/ Seth Berman
John F. Palmer                      Assistant U.S. Attorney
24 School Street                    1 Courthouse Way
Boston, MA  02108                   Boston, MA  02210
Tel: 617-723-7010                   Tel: 617-748-3100
Fax: 617-723-5601                   Fax: 617-748-3974



Dated:_____

JJC:TC
Martin,C-MotContRule11