UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO.   05-10024-DPW |
| ) | |
| JESSICA BUDD ) | |
| ) | |

### MOTION TO SUPPRESS STATEMENTS

Now comes Defendant Jessica Budd (Martin) and moves this Honorable Court to suppress statements on the grounds that the statements were elicited in violation of Defendant's rights under the Fifth and Sixth Amendments to the Constitution.

In support of this motion, Defendant states:

1. that on or about February 11, 2005, Defendant was arrested by agents of the Federal Bureau of Investigation (FBI), at the Salem District Court in Salem, Massachusetts;

2. that at the time of her arrest she was represented by an attorney;

3. that the agents of the FBI subsequently questioned Defendant without the presence of her attorney, and without a knowing, voluntary and intelligent waiver of her right to an attorney;

4. that the statements elicited by the FBI agents were otherwise involuntary as a matter of law, inasmuch as they were procured by improper inducements.

In further support of this motion, Defendant has submitted herewith an Affidavit Of Jessica Budd Martin, and a Memorandum Of Law In Support Of Motion To Suppress Statements.

The Defendant requests an evidentiary hearing on this motion.

>DEFENDANT
>By her attorney
>
>/s/John F. Palmer
>John F. Palmer
>Law Office of John F. Palmer
>24 School Street, 8th Floor
>Boston, MA 02108
>(617)723-7010
>BBO# 387980

Dated: January 19, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on January 19, 2006.

>/s/John F. Palmer