UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.   05-10024-DPW |
| | ) | |
| JESSICA BUDD | ) | |
| | ) | |

### AFFIDAVIT OF JESSICA BUDD MARTIN

I, Jessica Budd Martin, do hereby depose as follows:

1. I am the Defendant in the above case. I am presently residing at 69 Atkins Avenue, Lynn, Massachusetts;

2. On or about July 29, 2003, I appeared before the Salem District Court in Salem, Massachusetts, to answer charges of receiving stolen property;

3. The case in Salem court was continued numerous times until February 11, 2005;

4. On February 11, 2005, I appeared in the Salem Court with my husband. We went to the first session, where we were told by the clerk that the case would be heard in the second session;

5. We went to the second session. My husband's lawyer was there and then stepped out, leaving his briefcase. I did not yet see my lawyer, Neil Hourihan, Esq.;

6. After about ten to fifteen minutes in the second session, the Federal Agents came into the courtroom, confirmed our identities and arrested us.

      They placed us in handcuffs and took us downstairs through a back entrance into the holding cells;

7.     I spoke to an agent while I was in a separate holding cell. I was concerned about my nine year old daughter coming home from school. The agent told me that if I cooperated and answered questions, they would make sure I got home. I then spoke to the agent.

Signed under the penalties of perjury.

                                                    /s/Jessica Budd
                                                    Jessica Budd

Dated: January 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on January 19, 2006.

                                                        /s/John F. Palmer