AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

2006 APR 14 A 8:26

UNITED STATES OF AMERICA
V.

**JESSICA BUDD**

U.S. DISTRICT COURT
DISTRICT OF MASS.

**WARRANT FOR ARREST**

CASE NUMBER: 05-10024-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ⎯⎯⎯ **Jessica Budd** ⎯⎯⎯
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Violation of Conditions of Pretrial Release**

in violation of Title __18__ United States Code, Section(s) __3148__

| Honorable Douglas P. Woodlock | U.S. District Court Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Douglas P. Woodlock | 4/4/06   Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ by ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Emerson House, Falmouth, MA__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/4/06 | A. Lawlor DUSM | /s/ |
| DATE OF ARREST | | |
| 4/6/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: *Jessica Budd aka Jessica Martin*

ALIAS: *USM # 25515-038*

LAST KNOWN RESIDENCE: *Emerson House Program, Falmouth*

LAST KNOWN EMPLOYMENT: ___

PLACE OF BIRTH: *4/29/77, Melrose, MA*

DATE OF BIRTH: ___

SOCIAL SECURITY NUMBER: *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*

HEIGHT: *5'4"*          WEIGHT: *140*

SEX: *F*                RACE: *W*

HAIR: *Blonde*          EYES: *Hazel*

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:
*Tattoo on ankle, Belly Button*

FBI NUMBER: ___

COMPLETE DESCRIPTION OF AUTO: ___

INVESTIGATIVE AGENCY AND ADDRESS: ___