UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | NO.   05-10024-DPW |
| ) | |
| JESSICA BUDD                            ) | |
| ) | |

MOTION FOR HEARING ON RELEASE

Now comes Defendant Jessica Budd and moves this Honorable Court to conduct a hearing on May 1, 2006, and to order that she be released on conditions pending her sentencing hearing on May 30, 2006.

In support of this motion, Defendant states:

1. The Defendant was brought before the court on April 6, 2006, and was ordered held as a result of having been terminated from Emerson House for use of drugs.

2. The Defendant has been held at MCI Framingham since April 6. Through the efforts of her case manager and counsel she has been interviewed for placement in Stepping Stone, a drug treatment facility. She also anticipates an interview with High Point, another facility.

3. The court had suggested that the order of detention might be revisited if an appropriate alternative to incarceration could be found. Where all parties concerned agree that the Defendant's principal issue is drug addiction, it is respectfully submitted, that Defendant ought to be released to a treatment facility pending her sentencing on May 30, 2006.

Wherefore, Defendant Jessica Budd prays that this motion be allowed and that she be released to a drug treatment facility, as deemed appropriate by the court.

> DEFENDANT
> By her attorney
>
> /s/John F. Palmer
> John F. Palmer
> Law Office of John F. Palmer
> 24 School Street, 8th Floor
> Boston, MA 02108
> (617)723-7010
> BBO# 387980

Dated: April 26, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on April 26, 2006.

> /s/John F. Palmer