Prob 7B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Jessica Budd                    **Case Number:** 05 CR 10024

**Name of Sentencing Judicial Officer:** Honorable Douglas P. Woodlock
United States District Judge

**Date of Original Sentence:** 5/20/06

**Original Offense:** Wire Fraud, Mail Fraud, Aiding & Abetting, in violation of 18 U.S.C. 1343, 1341, 2, respectively

**Original Sentence:** 3 months' custody of the Bureau of Prisons followed by 3 years' supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 7/6/06

---

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The defendant shall reside at a community corrections center for a period of 180 days and shall abide by the rules and regulations of that facility.**

### CAUSE

**Violation of Standard Condition # 7 :** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use or distribute or administered any narcotic or controlled substance or any paraphernalia related to such substances except as prescribed by a physician.

On 11/14/07, Jessica Budd reported to the U. S. Probation Officer in Lawrence and disclosed that she had used heroin on several prior occasions while residing at Safe Haven sober house in Roxbury. At the conclusion of the meeting, the U.S. Probation Officer conducted a urinalysis test on Budd which was negative for drugs.

**Violation of Standard Condition # 5 :** The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

Shortly after her completion of the Emerson House program in October, 2006, Jessica Budd was directed to secure employment in accordance with her supervision requirements. As of the date of this Petition, Budd has failed to secure any employment and continues to be unable to support herself.

Jessica Budd
Prob 12B

- 2 -

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

**Violation of Standard Condition # 3: The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.**

On 7/1/07, Jessica Budd advised the U.S. Probation Officer that she moved to Safe Haven sober home at 39 Juniper Street in Roxbury, MA. On 7/10/07, Supervising U.S. Probation Officer Joseph LaFratta spoke with Budd by telephone and instructed her to find a more appropriate sober home. On or about 9/1/07, Budd telephoned the U.S. Probation Officer and reported that she moved to New Beginnings sober program in East Boston. However, on 9/24/07, Budd notified the U.S. Probation Officer that she was unable to afford the weekly rent at New Beginnings and therefore returned to Safe Haven in Roxbury. The U.S. Probation Officer directed her to find a different sober house because Safe Haven still continued to be an inappropriate sober home. On 10/24/07, Budd moved to Clean Slate sober home in Malden. Budd later reported to the U.S. Probation Officer that she returned to Safe Haven because she became romantically involved with a male resident in the program but failed to be truthful with the U.S. Probation Officer.

Reviewed/Approved by:

_____
Joseph F. LaFratta
Supervising U.S. Probation Officer

By

Respectfully submitted,

_____
Paul C. Prevey
U.S. Probation Officer
Date: 11/15/07

**THE COURT ORDERS**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

November 15, 2007
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at a community corrections center for a period of 180 days and shall abide by the rules and regulations of that facility.**

Witness: *Paul C. Priney*
U.S. Probation Officer

Signed: *Jessica M. Rudd*
Probationer or Supervised Releasee

11-14-07
DATE