

# M E M O R A N D U M

**To:**     Honorable Douglas Woodlock
           U. S. District Judge

**From:**   Andrew J. Laudate
           U. S. Probation Officer

**Re:**     **BUDD, Jessica**
           **Dkt. No.  1:05-CR-10024-002**
           **FINE/RESTITUTION ORDER/PAYMENT SCHEDULE POLICY**

**Date:**   August 5, 2008


This memorandum serves as notification of a fine/restitution payment schedule agreed upon by the Probation Office in accordance with the Administrative Office Monograph ll4.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, this making a reasonable payment schedule set by the Court.  The schedule is based upon the defendant's ability to pay at the time it is formulated.  Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed.  In the event any changes are made, the court will be so advised.

At the present time, the agreement is as follows:

The above supervised releasee has agreed to pay court-ordered restitution of $16,921.00 in monthly installments of $50.00, beginning on September 1, 2008.

If Your Honor concurs with this payment schedule, please advise by signing below.


Payment Schedule is Approved:


_____
Honorable Douglas Woodlock
U. S. District Judge